IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 15-1536C

(Filed: February 12, 2016)

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |
| and | ) ) ) |
| OSHKOSH DEFENSE, LLC, | ) ) ) |
| Defendant-Intervenor. | ) ) |

ORDER

    As agreed during a status conference held today in this case, the government shall file the administrative record on a hard drive on or before February 17, 2016.  The hard drive must be encrypted using Windows BitLocker.  The government should deliver the decryption password for the hard drive by hand to the Director of Operations at the court.

    It is so ORDERED.

                                            s/ Charles F. Lettow
                                            Charles F. Lettow
                                            Judge