IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 15-1536C

(Filed: March 7, 2016)

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) ) |
| OSHKOSH DEFENSE, LLC, | ) ) |
| Defendant-Intervenor. | ) ) |

### ORDER RESPECTING DISPOSITION OF ADMINISTRATIVE RECORD

By order of the court, the administrative record in this case was filed by the government on a hard drive on February 17, 2016. The hard drive was encrypted using Windows BitLocker, and the government delivered the decryption password for the hard drive by hand to the Director of Operations at the court. These steps were taken because the great bulk of the very large administrative record was comprised of restricted materials subject to the International Traffic in Arms Regulations. Because of this circumstance, no copy of the administrative record shall be retained by the court. Instead, the hard drive containing the administrative record in electronic form shall be returned to the government along with the decryption password. The clerk shall effectuate this disposition.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge